**GLENN H. RIPA**
ATTORNEY AT LAW
225 BROADWAY
SUITE 1200
NEW YORK, NEW YORK 10007

MEMBER N.Y. & N.J BAR

(212) 732-5310
FAX (212) 406-2908

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/12

RECEIVED
OCT 10 2012
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

October 5, 2012

Hon. Deborah A. Batts
United States District Judge
United State Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Mark Goldberg et al v. USA
    12 MISC 00269

Dear Judge Batts:

I represent the Petitioner with respect to the above matter which is a Petition for the release of $403,915.61 which was seized from a bank account pursuant to a Warrant to Seize Property Subject to Forfeiture which was issued by US Magistrate Judge Andrew J. Peck on July 12, 2012. This is a miscellaneous matter assigned to Part One because there is no criminal or civil action pending. I have been advised by the Court Clerk that your Honor is the assigned Part One Judge for the period of October 8, 2012 to October 21, 2012. I would like to request Oral argument with respect to this matter and I have contacted the assigned Assistant U.S. Attorney Stanley J. Okula Jr. and have determined that the dates of October 11, 12, 15 or 16 would be mutually convenient for both of us. Therefore it is respectfully requested that a court date be set for one of these dates so that we can appear before your Honor. A copy of all of the papers filed in this matter, are provided herein.

Very truly yours,

MEMO ENDORSED

Glenn N Ripa

Glenn H. Ripa

Cc: Stanley J. Okula, Jr.

*[Handwritten endorsement:]* Motion days are Tuesday for me ... at 10 am on 10/30/

*[Signed]* Deborah M. Batts (Part I)
10/22/12